UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VALERIE WILLIAMS,

               Plaintiff,

         -against-                       Index No. 15-CV-4301-PKC-JO

MZ WINE & SPIRITS INC., and
AM & ZHENG LLC,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

The parties in the above-named matter having resolved their differences, and no party hereto being an infant or incompetent, it is hereby stipulated and ordered that the Complaint is dismissed with prejudice, and further that the Court shall retain jurisdiction over the this action for the sole purpose of enforcement of the parties' settlement agreement.

Dated: New York, New York
       December 14, 2015

| ROSENGARTEN & WEISS | PRYOR CASHMAN, LP |
|---|---|
| /s/Fred Rosengarten | /s/ Sarah E. Bell |
| By: _____ | By: _____ |
| Frederic S. Rosengarten | Sarah E. Bell |
| 363 Seventh Avenue | 7 Times Square |
| New York, New York 10001 | New York, NY 10036 |
| info@fredrosengarten.com | Sbell@pryorcashman.com |
| Attorney for Plaintiff | Attorney for Defendants |

Dated: New York, New York
      December __, 2015

**SO ORDERED:**

_____
Hon. Pamela K. Chen, U.S.D.J.